KINNEY *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

BECK, J.　None of the grounds of the motion for a new trial based upon the charge of the court show error requiring a reversal. The evidence was sufficient to support the verdict for the defendant.

*Judgment affirmed. All the Justices concur.*
FEBRUARY 25, 1916.

Action for damages. Before Judge Edwards. Haralson superior court. December 26, 1914.

*John S. Edwards* and *S. Holderness,* for plaintiff.

*J. Branham, Maddox & Doyal,* and *Griffith & Matthews,* for defendant.